# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 512 EAL 2020

               Respondent    :

                               :    Petition for Allowance of Appeal
                               :    from the Order of the Superior Court

            v.    :

                               :

DANIEL DOUGHERTY,    :

               Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of March, 2021, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner is:

> Where [petitioner's] testimony at his first trial was induced by the ineffective assistance of counsel, did the trial court commit reversible error by admitting that testimony at his third trial?